UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 96-10332

UNITED STATES OF AMERICA

v.

RICHARD CAPARELLA

NOTICE REGARDING
CERTIFICATE OF APPEALABILITY

May 22, 2012

STEARNS, D.J.

Having entered an Order adverse to defendant, finding his motion under Rule 60(b)(4), (5), (6), and (d)(1) and (3) of the Federal Rules of Civil Procedure inapplicable in a criminal proceeding, a motion for certificate of appealability is DENIED.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE